UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBORAH PRUITT,

          Plaintiff,

     v.

WALMART, INC.,

          Defendant.

Case No. 25-cv-08836-AMO

**ORDER TO SHOW CAUSE**

Re: Dkt. Nos. 14, 15

This action was removed to federal court on October 15, 2025. Dkt. No. 1. Following reassignment, the action was scheduled for an initial case management conference on January 15, 2026, with joint case management statement due by January 8, 2026. Dkt. No. 10.

The parties did not file a case management statement on January 8, 2026. On January 9, 2026, the Court continued the conference to January 22, 2026, and set a new deadline of January 15, 2026, for the case management statement. Dkt. No. 11.

The parties did not file a case management statement on January 15, 2026. On January 21, 2026, the Court continued the conference to February 5, 2026, and set a new deadline of January 28, 2026, for the case management statement. Dkt. No. 12.

The parties submitted a notice of settlement on January 26, 2026. Dkt. No. 13. The Court vacated then-pending deadlines in accordance with their request and set a case management conference for March 12, 2026. Dkt. No. 14. The Court ordered the parties to file either a joint case management statement or stipulation of dismissal by no later than March 4, 2026. *Id.*

On March 5, 2026, a day after the deadline for either form of joint submission, counsel for Defendant Walmart, Inc., Anna C. Karkoon, filed a unilateral declaration suggesting that the parties require additional time to consummate their settlement agreement. Dkt. No. 15.

Enough is enough.  By no later than noon on March 10, 2026, counsel for both sides shall separately **SHOW CAUSE**, in writing, why they should not be personally sanctioned for failing to comply with any of the Court's scheduling orders to date.  Counsel's written responses to this Order to Show Cause may not exceed three (3) pages.  The Court **SETS** the hearing on this Order to Show Cause for March 12, 2026, at 10:00 a.m. in Courtroom 10, 19th Floor, San Francisco.  Counsel may not appear remotely.

   **IT IS SO ORDERED.**

Dated: March 6, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**