UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBORAH PRUITT,

        Plaintiff,

    v.

WALMART, INC.,

        Defendant.

Case No.  25-cv-08836-AMO

**ORDER DISCHARGING ORDER TO SHOW CAUSE AND ISSUING SANCTIONS**

Re: Dkt. No. 16

On March 6, 2026, the Court issued an order to show cause ("OSC") why counsel should not be sanctioned for failing to comply with the Court's scheduling orders.  Counsel for Defendant, Anna Karkoon, timely filed a response, Dkt. No. 17, and appeared in person for the show cause hearing on March 12, 2026.  Counsel for Plaintiff, Sharona Eslamboly Hakim, did not file a response to the OSC and did not appear for the hearing.

As stated on the record, the Court ORDERS Karkoon to pay a sanction of $200 to the Clerk of Court, which includes a penalty of $50 for each of the filing deadlines missed in this case.

The Court ORDERS Eslamboly Hakim to pay a sanction of $1200 to the Clerk of Court. The Court imposes this greater sanction based on Eslamboly Hakim's same missed deadlines combined with her failure to respond to the OSC as well as her failure to appear for the hearing. In addition, the Court REFERS Eslamboly Hakim to the Northern District of California Standing Committee on Professional Conduct for further consideration of the attorney's conduct.

//

//

United States District Court
Northern District of California

Both attorneys shall file a declaration on the docket by no later than noon on March 27, 2026, certifying they have paid the sanction.

**IT IS SO ORDERED.**

Dated: March 12, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California

2